UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Rachel M. Teri, et al.,

                        Plaintiff(s),       **ORDER**
                                           CV05-2777 (DRH)(WDW)

      -against-

Oxford Management Services, Inc., et al.,
                        Defendant(s).
-----------------------------------------------------------------X

**WALL, Magistrate Judge:**

Before the court is the plaintiffs' motion to compel [#24]. Oral argument was heard on August 14, 2006. The court makes the following rulings:

1) the defendants shall produce, by September 15, 2006, all payroll records, including time sheets, punch cards and pay stubs for every New York collector employed between June 9, 1999 to date, as set forth in paragraph i of Ms. Park's July 27th letter at page three;

2) the demands for the documents set forth at paragraphs ii and iii of Ms. Park's July 27th letter at page three are denied;

3) Mr. Galeota shall appear for a deposition no later than September 29, 2006.

Dated:   Central Islip, New York           **SO ORDERED:**
         August 24, 2006

                                               /s/ William D. Wall
                                             WILLIAM D. WALL
                                             United States Magistrate Judge